1024

[No. 12877-6-III. Division Three. March 10, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v.
TRACY KIM JOE, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 92-1-00488-2, Michael W. Leavitt, J., entered October 28, 1992. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 12876-8-III. Division Three. March 10, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v.
TRACY K. JOE, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 92-1-01052-1, Michael W. Leavitt, J., entered October 28, 1992. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 29968-9-I. Division One. March 14, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. LIONEL
BERRYSMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-02700-1, Norma Smith Huggins, J., entered August 30, 1991. *Remanded with instructions* by unpublished per curiam opinion.

[No. 31414-9-I. Division One. March 14, 1994.]

RONALD D. COLE, ET AL, *Respondents*, v. JAN P. WOLF,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-25173-6, George A. Finkle, J., entered August 14, 1992. *Affirmed in part* and *remanded* by unpublished opinion per Pekelis, A.C.J., concurred in by Coleman and Baker, JJ.